UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr2061-JM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER TO CONTINUE** |
| ) | |
| ANTHONY ANDREW SIBLEY, ) | |
| ) | |
| Defendant. ) | |

**It IS HEREBY ORDERED** that the sentencing hearing set for January 25, 2008 at 9 a.m. be continued to **March 28, 2008 at 9 a.m.**

IT IS SO ORDERED.

DATED: January 9, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge