UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr2061-JM |
| | ) | |
| Plaintiff, | ) | AMENDED ORDER OF |
| | ) | CRIMINAL FORFEITURE |
| v. | ) | |
| | ) | |
| ANTHONY ANDREW SIBLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 17, 2008, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of ANTHONY ANDREW SIBLEY in the properties listed in the Forfeiture Allegation of the Indictment, namely,

    a)    a Colt "Commander" 9mm semi-automatic pistol;

    b)    a Jennings "Model 48" .380 semi-automatic pistol serial number 522465;

    c)    a Universal "Enforcer" .30 caliber carbine, serial number 405385;

    d)    a Davis Industries "0-32" over and under style Derringer, serial number 315280;

    e)    a Remington "522 Viper" .22 caliber rifle, serial number 3128828;

    f)    a Remington "550-1" .22 caliber rifle;

    g)    a Colt .380 caliber semi-automatic pistol; and

    i)    one silencer.

On July 29, August 5 and 12, 2008, the United States published, in a newspaper of general circulation, notice of the Court's Order and the United States' intent to dispose of the properties in

such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of ANTHONY ANDREW SIBLEY and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

a) a Colt "Commander" 9mm semi-automatic pistol;
b) a Jennings "Model 48" .380 semi-automatic pistol serial number 522465;
c) a Universal "Enforcer" .30 caliber carbine, serial number 405385;
d) a Davis Industries "0-32" over and under style Derringer, serial number 315280;
e) a Remington "522 Viper" .22 caliber rifle, serial number 3128828;
f) a Remington "550-1" .22 caliber rifle;
g) a Colt .380 caliber semi-automatic pistol; and
i) one silencer.

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, the Drug Enforcement Administration, Alcohol, Tobacco, Firearms and Explosives and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

//

//

//

**1**     IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the

**2**  forfeited properties according to law.

**3**  DATED:    October 24, 2008

**4**                                                    _____
                                                        Hon. Jeffrey T. Miller
**5**                                                   United States District Judge